October 18, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ARTHUR JERONE WOODS, Appellant

NO. 14-10-00841-CR                V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

We further order this decision certified below for observance.